**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BYRON FISHER,<br><br>    Defendant<br>_____/ | No. CR 02-0108-02 MMC<br><br>**ORDER GRANTING IN PART DEFENDANT FISHER'S MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANT** |

Before the Court is defendant Byron Fisher's Motion to File Documents Under Seal ("Motion"), submitted February 27, 2009, by which defendant seeks leave to file under seal a Status Memorandum. Having read and considered defendant's Motion, the Court rules as follows:

1. Defendant has shown that the Status Memorandum includes material properly filed under seal, specifically, page 4, line 5 through and including line 10 thereof. Accordingly, defendant's Motion is hereby GRANTED to the extent defendant seeks leave to file said portion of the Status Memorandum under seal, and the Clerk is DIRECTED to file the unredacted version of the Status Memorandum, as well as the Motion, under seal.

//

//

2. Defendant is DIRECTED to file in the public record, no later than March 9, 2009, a redacted version of the Status Memorandum, i.e., a version from which page 4, line 5 through and including line 10 is redacted therefrom.[1]  See Civil L. R. 79-5(a) (providing request to file document under seal "must be narrowly tailored to seek sealing only of sealable material"); Crim. L.R. 2-1 (providing Civil Local Rules apply to criminal actions, except where inconsistent with provisions of law specifically applicable to criminal actions).

**IT IS SO ORDERED.**

Dated: March 3, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant does not argue that the remaining portions of the Status Memorandum are properly filed under seal.